UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY A. LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR J.P. MORGAN MORTGAGE TRUST 2005-A7,<br><br>    Defendant. | Case No. 18-cv-07725-VC<br><br>**ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 2 |

       The request for a temporary restraining order is denied. Lewis previously challenged the foreclosure of the same property on the basis that the assignment of the interest in the property to U.S. Bank was invalid. See *Lewis v. U.S. Bank Nat'l Ass'n*, 4:16-cv-05490-JSW, Dkt. No. 51. The court rejected Lewis's arguments and dismissed the case with prejudice. *Id.* Accordingly, it appears that Lewis's current action is barred by res judicata. *See San Diego Police Officers' Ass'n v. San Diego City Emps' Ret. Sys.*, 568 F.3d 725, 734 (9th Cir. 2009). Although Lewis now articulates a different legal theory, he is asserting the same "primary right" to avoid a wrongful disclosure. *See Palomar Mobilehome Park Ass'n v. City of San Marcos*, 989 F.2d 362, 364 (9th Cir. 1993) (explaining that when two actions involve the same primary right under California law, "the doctrine of res judicata will bar not only claims actually litigated in [the] prior proceeding, but also claims that could have been litigated"). It is notable that Lewis previously failed to raise his current theory – that the adjustable rate note and deed of trust were forged – given that the same deed of trust was attached to his complaint in the earlier case. Because Lewis

cannot establish a "serious question[] going to the merits," he is not entitled to a temporary restraining order, even recognizing that the balance of hardships tips in his favor. *See Short v. Brown*, 893 F.3d 671, 675 (9th Cir. 2018); *see also Winter v. Nat. Res. Def. Council,* 555 U.S. 7, 20 (2008).

**IT IS SO ORDERED.**

Dated: December 28, 2018

_____
VINCE CHHABRIA
United States District Judge